No. 421, Misc. AGARD *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 430, Misc. BOWIE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 432, Misc. BENNETT *v.* PATE, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 433, Misc. TURNER *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 434, Misc. COLES *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 436, Misc. SAYLES *v.* RATCLIFF ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Roger Ratcliff, pro se,* and *David S. Scrivener* for respondents.

No. 442, Misc. OYLER *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 443, Misc. HAZELWOOD *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 445, Misc. HAYNES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.